David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, NJ 07928
973-635-3366
Attorneys for Plaintiff Ralph DeVito

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RALPH DE VITO<br><br>Plaintiff<br><br>v.<br><br>INFOSYS TECHNOLOGIES, LTD.<br>MONSTER WORLDWIDE, INC. and<br>JOHN DOES 1-100<br><br>Defendants | Civil Action No. 11-1025 (WJM) (MF)<br><br>ELECTRONICALLY FILED |

**STIPULATION OF SETTLEMENT AND DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

The matter in controversy between Plaintiff Ralph DeVito ("DeVito") and Defendant Infosys Technologies, Ltd. ("Infosys") having been settled, the undersigned counsel stipulate that all claims between DeVito and Infosys be, and hereby are, dismissed with prejudice and without costs.

ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
Attorneys for Plaintiff Ralph DeVito

By: s/ David W. Fassett Dated: August 18, 2011

LITTLER MENDELSON, PC
Attorneys for Defendant Infosys Technologies, Ltd.

By: s/ Amber Spataro Dated: August 18, 2011